UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL CERVANTES,             ) | Case No. EDCV 05-807 RSWL(JC) |
| ) | |
| Petitioner,      ) | (~~PROPOSED~~) |
| ) | |
| v.              ) | JUDGMENT |
| ) | |
| P.L. VASQUEZ,                ) | |
| ) | |
| Respondent.    ) | |
| ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: April 1, 2009

/ s /

_____

HONORABLE RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE